PAUL J. FISHMAN
United States Attorney
DANIEL S. KIRSCHBAUM
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2842
Fax. (973) 297-2010
Daniel.Kirschbaum@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. JOSE L. LINARES |
| *Petitioner,* | *Civil Action No.* 09-5733 |
| v. | **ORDER OF DISMISSAL** |
| MARTIN GUTMAN, AS PRESIDENT OF DECORATORS SERVICE CO., INC., | |
| *Respondent.* | |

Upon Respondent's compliance with the Internal Revenue Service summons previously served upon him, it is hereby ORDERED that this action is hereby dismissed with prejudice and for all parties to bear their owns costs.

So ordered this 2nd day of September, 2010.

BY THE COURT:

_____
Hon. José L. Linares